

Gottlieb & Janey LLP
Trinity Building
111 Broadway, Suite 701
New York, NY 10006
Tel: (212) 566-7766 · Fax: (212) 374-1506
www.gottliebjaney.com
New York · London · Rome

May 15, 2018

**VIA ECF & FAX**
The Honorable Judge Debra Freeman
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *United States v. Keith Orlean*, 18 MAG 3754

<u>**REQUEST TO MODIFY CONDITION OF RELEASE**</u>

Dear Judge Freeman:

  This law firm represents Defendant Keith Orlean in the above-referenced criminal matter.

  We write to the Court to respectfully request a modification of a condition of Mr. Orlean's release. Mr. Orlean appeared at the initial appearance in this matter on May 3, 2018 and was released on the conditions which included, *inter alia*, a $350,000 personal recognizance bond co-signed by three Financially Responsible Persons (FRPs).

  We respectfully request a modification of the release condition to require two co-signers of the personal recognizance bond. **We have spoken with Assistant United States Attorney Andrew Thomas and the Government consents to this request.**

  Thank you for the Court's consideration.

                    Very truly yours,

                    GOTTLIEB & JANEY LLP

                    Robert C. Gottlieb

cc: Andrew Thomas, A.U.S.A.